UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:01-cr-00407-LRH-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | August 7, 2007 |
| | ) | |
| FERNANDO CORNIEL-REYES, | ) | MINUTE ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:
THE HONORABLE <u>Larry R. Hicks</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   <u>ROSEMARIE MILLER</u>   REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):   <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):   <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

Before the court is Defendant FERNANDO CORNIEL-REYES' Motion for Return of Seized Property (##150 and 151) and the Government's response to Defendant's motion (#153).

Good cause appearing, Defendant's motion is denied.  It does not appear that the $500.00 in question was seized by the Drug Enforcement Administration.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: _____/s/_____
                    Deputy Clerk